UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTY GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>WESTLAKE SERVICES, LLC., et al.,<br><br>Defendants. | Case No. 1:24-cv-01424-JLT-BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY ACTION PENDING ARBITRATION**<br><br>(Doc. 10) |

    Currently before the Court is the joint stipulation of Plaintiff Kristy Garcia and Defendant Westlake Services, LLC to stay the case pending arbitration. (Doc. 10.) In the joint stipulation, the parties indicate that Defendant Westlake Services LLC advised Plaintiff that Plaintiff's claims were subject to an arbitration agreement and Plaintiff had agreed to submit the matter to arbitration. (*Id.* at 1.) The parties therefore stipulated to the case being stayed pending arbitration, with the parties to report the outcome of the arbitration proceedings to the Court upon completion of arbitration. (*Id.* at 2.) Defendant Experian Information Solutions, Inc. subsequently filed an answer on January 13, 2025, alleging in part that Plaintiff's claims are subject to an arbitration agreement between Plaintiff and Defendant Experian Information Solutions, Inc. (Doc. 11.)

    ///

1

Having considered the joint stipulation, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The joint stipulation to stay action (Doc. 10) is GRANTED;
2. This action is STAYED pending completion of arbitration; and
3. The parties shall file a joint status report on or before **May 23, 2025**, and **every three (3) months** thereafter informing the Court of the status of the matter and whether the stay remains necessary.

IT IS SO ORDERED.

Dated: **February 18, 2025**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE

2